EXHIBIT D

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1-P | A device for generating power during a locomotion cycle from mechanical energy of a living body, the device comprising an energy absorbing and converting device configured to be disposed across a joint of the living body, | To the extent the preamble is limiting, Bionic Power Inc. ("Defendant") makes, uses, sells, and/or offers others to sell a device for generating power during a locomotion cycle from mechanical energy of a living body, the device comprising an energy absorbing and converting device configured to be disposed across a joint of the living body<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Amplify which is an augmented exoskeleton ("device") for human legs. The exoskeleton comprises components including but not limited to a motor/generator ("energy absorbing and converting device"), gait sensors, and a microprocessor. When a user straps the Amplify exoskeleton to his leg ("across the joint") and begins walking ("locomotion cycle"), the sensors detect the user's gait and the motor/generator transforms the kinetic energy (due to leg movement) ("mechanical energy of a living body") into electrical energy. The electrical energy produced is then stored in a battery.<br><br>Furthermore, human walking exhibits a locomotion cycle in two phases i.e., a stance phase and a swing phase. During the stance phase, the limb is placed on the ground to propel the human body in a forwarding direction. In the swing phase, the limb is flexed to leave the ground and brought forward to commence the movement. |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.bionic-power.com/amplify/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **AUGMENTATION**<br><br>When fatigue reduction is required, the system reduces the metabolic cost of walking with a heavy pack by 15% (equivalent to eliminating 35lb from the soldier's back), while consuming only 40W of power. The system delivers 7 hours run time from a BB2590 or 3.5 hours run time from a Conformable battery, by intelligently augmenting and harvesting within the same stride to reduce power consumption. It also has the potential to prevent injury due to reduced joint forces.<br><br>The system analyzes the soldier's gait using sensors in the exoskeleton. Torque is applied to help propel the soldier at key moments when the muscles across the knee are acting to propel. When the muscles across the knee are acting as brakes (during swing or downhill) the exoskeleton assists with braking torque, generating power at the same time.<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | |  |

Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html

Source: https://www.bionic-power.com/amplify/

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | <br><br>Source: https://www.bionic-power.com/amplify/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | |  Source:  https://www.bionic-power.com/technology/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **Spinal Cord Circuitry and Locomotion**<br><br>The contribution of local circuitry to motor control is not, of course, limited to reflexive responses to sensory inputs. Studies of rhythmic movements such as locomotion and swimming in animal models (Box A) have demonstrated that local circuits in the spinal cord are fully capable of controlling the timing and coordination of such complex patterns of movement, and of adjusting them in response to altered circumstances (Box B).<br><br>**Box A**<br>Locomotion in the Leech and the Lamprey.<br><br>**Box B**<br>The Autonomy of Central Pattern Generators: Evidence from the Lobster Stomatogastric Ganglion.<br><br>A good example is locomotion (walking, running, etc.). The movement of a single limb during locomotion can be thought of as a cycle consisting of two phases: a stance phase, during which the limb is extended and placed in contact with the ground to propel humans or other bipeds forward; and a swing phase, during which the limb is flexed to leave the ground and then brought forward to begin the next stance phase (Figure 16.14A). Increases in the speed of locomotion reduce the amount of time it takes to complete a cycle, and most of the change in cycle time is due to a shortening of the stance phase; the swing phase remains relatively constant over a wide range of locomotor speeds.<br><br>Source: https://www.ncbi.nlm.nih.gov/books/NBK11015/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|-------|---------------------|----------------------------------|
| 1-a | the energy absorbing and converting device configured to be selectively in an engaged state and in a disengaged state during selected portions of the locomotion cycle while the energy absorbing and converting device remains disposed across the joint of the living body; | Defendant provides the energy absorbing and converting device configured to be selectively in an engaged state and in a disengaged state during selected portions of the locomotion cycle while the energy absorbing and converting device remains disposed across the joint of the living body. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Defendant provides Amplify augmented exoskeleton that comprises components including but not limited to a motor/generator ("an energy absorbing and converting device"), gait sensors, and a microprocessor. The exoskeleton is designed to be attached to the user's leg ("across a joint of a living body"). When a user straps the Amplify exoskeleton to his leg and begins walking ("locomotion cycle"), the exoskeleton engages and disengages in two phases ("selectively in an engaged state and in a disengaged state") i.e., stance phase and swing phase. In the stance phase ("an engaged state"), the motor/generator in the exoskeleton absorbs the kinetic energy and converts it into electrical energy when the breaking is performed by the joint muscles to decelerate the joint movement. <br><br> Upon information and belief, since the exoskeleton absorbs and augments energy in the stance phase, it is obvious that during the swing phase ("a disengaged state") the knee muscles do not absorb the energy or help the exoskeleton to generate energy. |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | Furthermore, human walking exhibits a cycle in two phases i.e., a stance phase and a swing phase. During the stance phase, the limb is placed on the ground to propel the human body in a forwarding direction. In the swing phase, the limb is flexed to leave the ground and brought forward to commence the movement.  Source: https://www.bionic-power.com/amplify/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | |  Source: https://www.bionic-power.com/amplify/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **AUGMENTATION**<br><br>When fatigue reduction is required, the system reduces the metabolic cost of walking with a heavy pack by 15% (equivalent to eliminating 35lb from the soldier's back), while consuming only 40W of power. The system delivers 7 hours run time from a BB2590 or 3.5 hours run time from a Conformable battery, by intelligently augmenting and harvesting within the same stride to reduce power consumption. It also has the potential to prevent injury due to reduced joint forces.<br><br>The system analyzes the soldier's gait using sensors in the exoskeleton. Torque is applied to help propel the soldier at key moments when the muscles across the knee are acting to propel. When the muscles across the knee are acting as brakes (during swing or downhill) the exoskeleton assists with braking torque, generating power at the same time.<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **HARVESTING/POWER GENERATION**<br><br>Its smart harvesting technology uses regenerative braking similar to a hybrid electric vehicle. While walking, muscles are constantly accelerating and decelerating the knee joint. Harvesting takes advantage of this by assisting the muscles with the braking performed to decelerate the knee joint and generating power. Up to 15W is generated on level ground, and significantly more downhill. The soldier can choose to enable augmentation or generate power. However, harvesting always occurs during augmentation for lower net power requirements. As a harvester, Amplify generates substantial power from normal walking with minimal metabolic effort[1]. Its 15W output can be used to keep batteries charged, extending mission duration and reducing battery weight carried.<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **Spinal Cord Circuitry and Locomotion**<br><br>The contribution of local circuitry to motor control is not, of course, limited to reflexive responses to sensory inputs. Studies of rhythmic movements such as locomotion and swimming in animal models (Box A) have demonstrated that local circuits in the spinal cord are fully capable of controlling the timing and coordination of such complex patterns of movement, and of adjusting them in response to altered circumstances (Box B).<br><br>**Box A**<br>Locomotion in the Leech and the Lamprey.<br><br>**Box B**<br>The Autonomy of Central Pattern Generators: Evidence from the Lobster Stomatogastric Ganglion.<br><br>A good example is locomotion (walking, running, etc.). The movement of a single limb during locomotion can be thought of as a cycle consisting of two phases: a stance phase, during which the limb is extended and placed in contact with the ground to propel humans or other bipeds forward; and a swing phase, during which the limb is flexed to leave the ground and then brought forward to begin the next stance phase (Figure 16.14A). Increases in the speed of locomotion reduce the amount of time it takes to complete a cycle, and most of the change in cycle time is due to a shortening of the stance phase; the swing phase remains relatively constant over a wide range of locomotor speeds.<br><br>Source: https://www.ncbi.nlm.nih.gov/books/NBK11015/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| 1-b | wherein the device is engaged to absorb mechanical energy of the living body only during a portion of the locomotion cycle during which muscles of the joint would otherwise be doing work across the joint to absorb mechanical energy of the living body, | Defendant provides a device wherein the device is engaged to absorb mechanical energy of the living body only during a portion of the locomotion cycle during which muscles of the joint would otherwise be doing work across the joint to absorb mechanical energy of the living body.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Amplify which is an augmented exoskeleton ("device") for human legs. The exoskeleton comprises components including but not limited to a motor/generator, gait sensors, and a microprocessor. After strapping the exoskeleton to the user's leg, in the stance phase ("during a portion of the locomotion cycle"), the motor/generator in the exoskeleton absorbs the kinetic energy ("mechanical energy") and converts it into electrical energy when the breaking is performed by the joint muscles to decelerate the joint movement. It is apparent that the joint muscles would absorb the mechanical energy during breaking in downhill in the absence of the said exoskeleton.<br><br>Furthermore, human walking exhibits a locomotion cycle in two phases i.e., a stance phase and a swing phase. During the stance phase, the limb is placed on the ground to propel the human body in a forwarding direction. In the swing phase, the limb is flexed to leave the ground and brought forward to commence the movement. |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | <br><br>Source: https://www.bionic-power.com/amplify/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **AUGMENTATION**<br><br>When fatigue reduction is required, the system reduces the metabolic cost of walking with a heavy pack by 15% (equivalent to eliminating 35lb from the soldier's back), while consuming only 40W of power. The system delivers 7 hours run time from a BB2590 or 3.5 hours run time from a Conformable battery, by intelligently augmenting and harvesting within the same stride to reduce power consumption. It also has the potential to prevent injury due to reduced joint forces.<br><br>The system analyzes the soldier's gait using sensors in the exoskeleton. Torque is applied to help propel the soldier at key moments when the muscles across the knee are acting to propel. When the muscles across the knee are acting as brakes (during swing or downhill) the exoskeleton assists with braking torque, generating power at the same time.<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **HARVESTING/POWER GENERATION**<br><br>Its smart harvesting technology uses regenerative braking similar to a hybrid electric vehicle. While walking, muscles are constantly accelerating and decelerating the knee joint. Harvesting takes advantage of this by assisting the muscles with the braking performed to decelerate the knee joint and generating power. Up to 15W is generated on level ground, and significantly more downhill. The soldier can choose to enable augmentation or generate power. However, harvesting always occurs during augmentation for lower net power requirements. As a harvester, Amplify generates substantial power from normal walking with minimal metabolic effort[1]. Its 15W output can be used to keep batteries charged, extending mission duration and reducing battery weight carried.<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | ### Spinal Cord Circuitry and Locomotion<br><br>The contribution of local circuitry to motor control is not, of course, limited to reflexive responses to sensory inputs. Studies of rhythmic movements such as locomotion and swimming in animal models (Box A) have demonstrated that local circuits in the spinal cord are fully capable of controlling the timing and coordination of such complex patterns of movement, and of adjusting them in response to altered circumstances (Box B).<br><br>**Box A**<br>Locomotion in the Leech and the Lamprey.<br><br>**Box B**<br>The Autonomy of Central Pattern Generators: Evidence from the Lobster Stomatogastric Ganglion.<br><br>A good example is locomotion (walking, running, etc.). The movement of a single limb during locomotion can be thought of as a cycle consisting of two phases: a stance phase, during which the limb is extended and placed in contact with the ground to propel humans or other bipeds forward; and a swing phase, during which the limb is flexed to leave the ground and then brought forward to begin the next stance phase (Figure 16.14A). Increases in the speed of locomotion reduce the amount of time it takes to complete a cycle, and most of the change in cycle time is due to a shortening of the stance phase; the swing phase remains relatively constant over a wide range of locomotor speeds.<br><br>Source: https://www.ncbi.nlm.nih.gov/books/NBK11015/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| 1-c | the device is disengaged during a portion of the locomotion cycle during which the muscles are doing work across the joint to increase mechanical energy of the living body and the absorbed mechanical energy is at least partially converted to converted energy and the converted energy is provided to one of an energy storage device or power consuming device. | Defendant provides the device that is disengaged during a portion of the locomotion cycle during which the muscles are doing work across the joint to increase mechanical energy of the living body and the absorbed mechanical energy is at least partially converted to converted energy and the converted energy is provided to one of an energy storage device or power consuming device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Amplify which is an augmented exoskeleton ("device") for human legs. The exoskeleton comprises components including but not limited to a motor/generator, gait sensors, and a microprocessor. After strapping the exoskeleton to the user's leg, during the swing phase ("disengaging the device"), the joint is flexed and brought forward ("increase mechanical energy of the body") to commence the movement.<br><br>Furthermore, the energy absorbed during the stance phase is converted into electrical energy ("converted energy") by using a motor/generator. The generated electrical energy is used to charge the battery ("energy storage device").<br><br>Upon information and belief, since the exoskeleton absorbs and augments energy in the stance phase, it is obvious that during the swing phase the knee muscles do not absorb the energy, hence, the device is disengaged for a portion of the locomotion cycle. |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  Source: https://www.bionic-power.com/amplify/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **AUGMENTATION**<br><br>When fatigue reduction is required, the system reduces the metabolic cost of walking with a heavy pack by 15% (equivalent to eliminating 35lb from the soldier's back), while consuming only 40W of power. The system delivers 7 hours run time from a BB2590 or 3.5 hours run time from a Conformable battery, by intelligently augmenting and harvesting within the same stride to reduce power consumption. It also has the potential to prevent injury due to reduced joint forces.<br><br>The system analyzes the soldier's gait using sensors in the exoskeleton. Torque is applied to help propel the soldier at key moments when the muscles across the knee are acting to propel. When the muscles across the knee are acting as brakes (during swing or downhill) the exoskeleton assists with braking torque, generating power at the same time.<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **HARVESTING/POWER GENERATION**<br><br>Its smart harvesting technology uses regenerative braking similar to a hybrid electric vehicle. While walking, muscles are constantly accelerating and decelerating the knee joint. Harvesting takes advantage of this by assisting the muscles with the braking performed to decelerate the knee joint and generating power. Up to 15W is generated on level ground, and significantly more downhill. The soldier can choose to enable augmentation or generate power. However, harvesting always occurs during augmentation for lower net power requirements. As a harvester, Amplify generates substantial power from normal walking with minimal metabolic effort[1]. Its 15W output can be used to keep batteries charged, extending mission duration and reducing battery weight carried.<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **Spinal Cord Circuitry and Locomotion** <br><br> The contribution of local circuitry to motor control is not, of course, limited to reflexive responses to sensory inputs. Studies of rhythmic movements such as locomotion and swimming in animal models (Box A) have demonstrated that local circuits in the spinal cord are fully capable of controlling the timing and coordination of such complex patterns of movement, and of adjusting them in response to altered circumstances (Box B). <br><br> **Box A** <br> Locomotion in the Leech and the Lamprey. <br><br> **Box B** <br> The Autonomy of Central Pattern Generators: Evidence from the Lobster Stomatogastric Ganglion. <br><br> A good example is locomotion (walking, running, etc.). The movement of a single limb during locomotion can be thought of as a cycle consisting of two phases: a stance phase, during which the limb is extended and placed in contact with the ground to propel humans or other bipeds forward; and a swing phase, during which the limb is flexed to leave the ground and then brought forward to begin the next stance phase (Figure 16.14A). Increases in the speed of locomotion reduce the amount of time it takes to complete a cycle, and most of the change in cycle time is due to a shortening of the stance phase; the swing phase remains relatively constant over a wide range of locomotor speeds. <br><br> Source: https://www.ncbi.nlm.nih.gov/books/NBK11015/ |

Bionic Power Amplify Augmented Exoskeleton - Claim Chart with respect to US8062237B2

| Claim | US Patent 8,062,237 | Description of the Infringement |
|---|---|---|
| | | **SYSTEM INTEGRATION**<br><br>The Amplify is designed to be flexible with built-in battery charger functionality.<br><br>■ Charge a soldier system battery connected to a power hub<br>■ Charge a battery directly<br>■ Connect into the auxiliary power input on a harvesting enabled power manager<br><br>Source: http://bionic-power.com/Brochures/Amplify/Amplify%20Digital%20Brochure.html |